HMK/jb FS-7851

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

        Plaintiff,        07 CV 3620 (DAB)
                              ECF CASE
   -against-

M/V STAR DAVANGER, her engines, boilers,   **RULE 7.1 STATEMENT**
tackle, etc., MASTERBULK PTE LTD.,
STAR SHPPING A/S,

        Defendants.
------------------------------------------------------------X

    PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: May 3, 2007

                              KINGSLEY, KINGSLEY & CALKINS
                              Attorneys for Plaintiff


                              BY:___/S/_____
                                  HAROLD M. KINGSLEY
                                  91 W. Cherry Street
                                  Hicksville, New York 11801
                                  (516) 931-0064    HK8660