UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MAN FERROSTAAL INC.,

      Plaintiff,

**CERTIFICATE OF MAILING**

-V-

M/V STAR DAVANGER, her engines, boilers, tackle, etc.,
MASTERBULK PTE LTD., STAR SHIPPING A/S,

      Defendants.

07 CV 3620 (DAB)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**16th Day of May, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**7th Day of May, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596 310 455

J. Michael McMahon
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
### ATTORNEYS AT LAW
*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

May 14, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: MAN FERROSTAAL INC., [...] GER, et al.



...nd Complaint on the following
Federal Rules of Civil Procedure

...urs,

HMK/jb
Encl.