ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MAN FERROSTAAL, INC.,

           Plaintiff,

   - against -                  07 civ. 3620(DAB)
                                     ORDER TO SHOW CAUSE

M/V STAR DAVANGER, her engines, boilers,
tackle, etc., MASTERBULK PTE LTD.,
STAR SHPPING A/S

           Defendants.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

The Court's records indicate that the Complaint in this action was filed on May 7, 2007. The Court's records indicate that both Defendants were served with Plaintiff's Complaint pursuant to Rule 4(f)(2)(C)(ii) for service upon individuals in a foreign country on May 16, 2007.

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why its cause of action against Defendants should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

If Plaintiff fails by November 10, 2006 to show cause, Plaintiff's Complaint against Defendants shall be dismissed for

failure to prosecute.  Plaintiff's showing of good cause, if any, shall be made by affidavit.

SO ORDERED.

Dated:    New York, New York
          September 10, 2007

_____  9/10/07
Deborah A. Batts
United States District Judge