HMK/jb FS 7755

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

| | |
|---|---|
| MAN FERROSTAAL, INC., | 07 CV 3620 (DAB) |
| Plaintiff, | **AFFIRMATION IN RESPONSE TO ORDER TO SHOW CAUSE** |
| -against- | |
| M/V STAR DAVANGER, her engines, boilers, tackle, etc., MASTERBULK PTE LTD., STAR SHPPING A/S, | |
| Defendants. | |

------------------------------------------------X

HAROLD M. KINGSLEY, plaintiff's attorney herein, deposes and says:

I am a member of the bar of this Court and the Courts of New York.

I make this Affirmation in Response to the Court's Order to Show Cause why the case should not be dismissed for failure to prosecute as defendants have not appeared in the action.

The reason for defendants' non-appearance is that plaintiff has been granting extensions of time to Answer pending settlement discussions with defendants' local representatives. Such discussions have been fruitful as we have reached an agreement to settle the case, which should be consummated within the next sixty (60) days.

WHEREFORE, the undersigned respectfully requests that this Court not dismiss the case but allow an additional sixty (60) days for settlement to be consummated.

Dated:   Hicksville, New York
         October 3, 2007

                                                    KINGSLEY, KINGSLEY & CALKINS, ESQS.

                                                    By: _____
                                                         HAROLD M. KINGSLEY
                                                  91 West Cherry Street
                                                  Hicksville, New York 11801
                                                  (516) 931-0064