```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MAN FERROSTAAL, INC.,

                    Plaintiff,

     - against -                          07 civ. 3620(DAB)
                                               ORDER
M/V STAR DAVANGER, her engines, boilers,
tackle, etc., MASTERBULK PTE LTD.,
STAR SHPPING A/S

                    Defendants.
----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

On September 10, 2007, this Court Ordered Plaintiff's to show cause why its cause of action against Defendants should not be dismissed for failure to prosecute. The Court is in receipt of Plaintiffs response dated October 3, 2007.

Plaintiff shall have sixty (60) days from the date of this Order to report to the Court whether settlement has been "consummated" as predicted. Any further extensions requests, by either Party, shall be made to the Court in writing.

SO ORDERED.

Dated:   New York, New York
         October 12, 2007

                                         _____
                                         Deborah A. Batts
                                         United States District Judge