HMK/jb FS 7755

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MAN FERROSTAAL, INC.,

        Plaintiff,

-against-

M/V STAR DAVANGER, her engines, boilers,
tackle, etc., MASTERBULK PTE LTD.,
STAR SHPPING A/S,

        Defendants.

-----------------------------------------------------------X

07 CV 3620 (DAB)(MHD)
ECF CASE

**VOLUNTARY DISMISSAL**

No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: January 9, 2008

                              KINGSLEY, KINGSLEY & CALKINS
                              Attorneys for Plaintiff

                              BY: _____
                              HAROLD M. KINGSLEY
                              91 W. Cherry Street
                              Hicksville, New York 11801
                              (516) 931-0064