United States District Court
Southern District of New York
------------------------------------X
MAN FERROSTAAL, INC.

                Plaintiff,

    -against-                            07 Civ. 3620 (DAB)
                                              ORDER

M/V STAR DAVANGER, et al.
                Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Clerk of the Court is hereby directed to close this case. SO ORDERED.

Dated:    New York, New York
            January 15, 2008

                                        Deborah A. Batts
                                        United States District Judge